AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| HORTON & ASSOCIATES, INC. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 00 C 3965 |
| SMG, INC. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant SMG, Inc. and against plaintiff Horton & Associates, Inc.

**DOCKETED**
FEB 1 2 2001

Michael W. Dobbins, Clerk of Court

Date: 2/9/2001

Sonya Banks, Deputy Clerk